UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | | CASE NO. MDL No. 1699<br>MDL NO. 1699<br>[~~PROPOSED~~] ORDER GRANTING PFIZER DEFENDANTS' JOINT MOTION SEEKING ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS<br><br>(COMPLIANCE MOTION NO. 11)<br><br>Date:   May 16, 2008<br>Time:   10:00 A.M.<br>Judge:  Hon. Charles R. Breyer |
|---|---|---|
| This Document Relates to: | | |
| Aalam, Elsie B. | 07-1864 CRB | |
| Aarts, Jacobus J. | 07-1864 CRB | |
| Ahmed, Muttasim G. | 07-1868 CRB | |
| Akin, Ray L. | 07-1864 CRB | |
| Akins, Willie M. | 07-1868 CRB | |
| Arbelaez, Carmen O. Uribe | 07-1864 CRB | |
| Archilla, Francisca Virella | 07-1864 CRB | |
| Asencio Rodriguez, Iris | 07-1868 CRB | |
| Banks, Sr., Walter T. | 07-1868 CRB | |
| Batiste, Frank D. | 07-1869 CRB | |
| Beal, Douglas L. | 07-2315 CRB | |
| Beal, Sr., Benjamin C. | 07-1868 CRB | |
| Beasley, Terry D. | 07-1868 CRB | |
| Beckham, Katherine | 06-2870 CRB | |
| Bell, Roger D. | 07-1868 CRB | |
| Bissonette, Kathryn A. | 07-1868 CRB | |
| Bobbitt, Steven | 07-1868 CRB | |
| Bossman, Alvin H. | 07-1868 CRB | |
| Bousum, Carl J. | 07-1868 CRB | |
| Brazle, Doris A. | 07-1869 CRB | |
| Broadway, Sarah | 07-1956 CRB | |

PFZR/1035934/5620168v.1

-1-

| # | Name | Case No. | |
|---|---|---|---|
| 1 | Bryant, Tommy A. | 07-1868 CRB | ) |
|   | Bullard, Toby J. | 07-1956 CRB | ) |
| 2 | Burroughs, Willie Inez | 06-6078 CRB | ) |
| 3 | Cable, Reba M. | 07-1954 CRB | ) |
|   | Cabot, Larry L. | 07-1868 CRB | ) |
| 4 | Camacho, Iris Fernandez | 07-1864 CRB | ) |
|   | Camacho, Margaret A. | 07-1869 CRB | ) |
| 5 | Carson, Ivory V. | 07-1868 CRB | ) |
| 6 | Carter, Gary A. | 06-5725 CRB | ) |
|   | Carty, Darlene H. | 07-1868 CRB | ) |
| 7 | Chadwick, Sadie V. | 07-1868 CRB | ) |
| 8 | Choate, Lannie R. | 07-1868 CRB | ) |
|   | Clayburn, Ray W. | 07-1869 CRB | ) |
| 9 | Cogmon, Elijah J. | 07-1868 CRB | ) |
| 10 | Coleman, Charles E. | 07-1868 CRB | ) |
|   | Colon Gonzalez, Aida | 07-1868 CRB | ) |
| 11 | Counts, Tommy L. | 07-1868 CRB | ) |
|   | Cowans, Betty J. | 07-1869 CRB | ) |
| 12 | Cox, Cecil D. | 07-1864 CRB | ) |
| 13 | Coyle, Sharon J. | 07-1869 CRB | ) |
|   | Craig, Marilyn J. | 07-1869 CRB | ) |
| 14 | Creel, Elmer E. | 05-4303 CRB | ) |
| 15 | Cross, Donnie M. | 07-1868 CRB | ) |
|   | Cross, Donnie M. | 07-1869 CRB | ) |
| 16 | Cuevas, Josefina | 07-1868 CRB | ) |
|   | Curtis, Phillip D. | 07-1868 CRB | ) |
| 17 | Dachs, Rosina M. | 07-1869 CRB | ) |
| 18 | Daley, Edward J. | 07-1684 CRB | ) |
|   | Dao, Anh T. | 06-5715 CRB | ) |
| 19 | Davis, Darrell D. | 07-1868 CRB | ) |
| 20 | Dewbre, Billye | 06-6696 CRB | ) |
|   | Diaz Velez, Miguel | 07-1868 CRB | ) |
| 21 | Dishmon, Jannie M. | 07-1868 CRB | ) |
|   | Duncan, Charline M. | 06-5982 CRB | ) |
| 22 | Dunham, Elsie J. | 07-1954 CRB | ) |
| 23 | Dunn, Ethel | 07-1956 CRB | ) |
|   | Dunn, Lettie | 07-1864 CRB | ) |
| 24 | Durham, Robert | 07-1868 CRB | ) |
| 25 | Echevarria Santiago, Vicente | 07-1868 CRB | ) |
|   | Eddings, Wayne | 07-1868 CRB | ) |
| 26 | Farrel, Anthony L. | 07-1868 CRB | ) |
|   | Fassett, George E. | 07-1954 CRB | ) |
| 27 | Finklea, Deborah E. | 07-1869 CRB | ) |
| 28 | Fitzell, Barbara E. | 07-1868 CRB | ) |

[PROPOSED] ORDER GRANTING PFIZER DEFENDANTS' JOINT MOTION SEEKING ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS

| # | Name | Case |
|---|------|------|
| 1 | Flamm, Jerry W. | 07-1868 CRB ) |
|   | Fletcher, Camille | 06-2870 CRB ) |
| 2 | Fontanez Mercado, Carlos C. | 07-1868 CRB ) |
| 3 | Funk, Charles W. | 07-1869 CRB ) |
|   | Gentz, Tony | 07-1956 CRB ) |
| 4 | Gonzales, Timothy F. | 07-1869 CRB ) |
| 5 | Gray, Bertha L. | 07-1864 CRB ) |
|   | Green, Jr., Manuel | 07-1868 CRB ) |
| 6 | Greer, Frances I. | 07-1864 CRB ) |
|   | Gribble, III, James E. | 07-1868 CRB ) |
| 7 | Gutterson, Robert S. | 07-1868 CRB ) |
| 8 | Haley, Alma S. | 07-1868 CRB ) |
|   | Hamilton-Graves, Phillis M. | 07-1868 CRB ) |
| 9 | Hawkins, Linda S. | 06-5338 CRB ) |
| 10 | Henry, Ralph J. | 07-1869 CRB ) |
|   | Hill, Jr., Albert | 07-1868 CRB ) |
| 11 | Hill, Julia R. | 07-1868 CRB ) |
|   | Hilliard, Johnney E. | 07-1868 CRB ) |
| 12 | Hinckley, Ellen S. | 07-1869 CRB ) |
| 13 | Hise, John R. | 07-1868 CRB ) |
|   | Holden, Faith E. | 07-1868 CRB ) |
| 14 | Holland, Jacqueline D. | 07-1864 CRB ) |
| 15 | Horton, Brenda C. | 07-1872 CRB ) |
|   | Howard, III, Robert A. | 07-1868 CRB ) |
| 16 | Howard, Patricia R. | 07-1873 CRB ) |
|   | Howser, Caroline R. | 07-1872 CRB ) |
| 17 | Howze, Dorothy L. | 07-1868 CRB ) |
| 18 | Irons, Glenden | 07-1868 CRB ) |
|   | Jackson, Jerald | 07-1868 CRB ) |
| 19 | James, Cheryl E. | 07-1868 CRB ) |
| 20 | Jenkins, Lorraine | 06-0450 CRB ) |
|   | Jewell, Sandra | 06-0442 CRB ) |
| 21 | Jimenez Dicupe, Lucila | 07-1868 CRB ) |
|   | Johnson, Barbara M. | 07-1868 CRB ) |
| 22 | Johnson, John A. | 07-1873 CRB ) |
| 23 | Johnson, Orlando S. | 07-1868 CRB ) |
|   | Johnson-Allison, Gloria A. | 07-1868 CRB ) |
| 24 | Jones, Daisy M. | 07-1869 CRB ) |
| 25 | Jones, Frank | 07-1864 CRB ) |
|   | Jones, Linda | 07-1869 CRB ) |
| 26 | Jones, Lorraine | 07-1869 CRB ) |
|   | Kearney, Catherine A. | 07-1868 CRB ) |
| 27 | Kelly, Geraldine | 07-1868 CRB ) |
| 28 | Kelly, Ozzie L. | 07-1868 CRB ) |

-3-

[PROPOSED] ORDER GRANTING PFIZER DEFENDANTS' JOINT MOTION SEEKING ORDER
DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS

| # | Name | Case No. |
|---|------|----------|
| 1 | Kelmar, Mary M. | 07-1868 CRB ) |
|   | Kimble, Bobbie | 07-1868 CRB ) |
| 2 | Kissee, Keith B. | 07-1864 CRB ) |
| 3 | Knight, Albert F. | 07-1868 CRB ) |
|   | Koopman, Ervin F. | 07-1864 CRB ) |
| 4 | Lambert, Wilbert | 07-1869 CRB ) |
| 5 | Langley, Bradley M. | 07-1868 CRB ) |
|   | Lasater, Glenna R. | 07-1872 CRB ) |
| 6 | Leach, Harry B. | 07-1869 CRB ) |
|   | Lee, Dorothy M. | 07-1864 CRB ) |
| 7 | Lee, Ila M. | 07-1868 CRB ) |
| 8 | Lerma, Gloria | 07-1907 CRB ) |
|   | Lincoln, Ruby | 07-1869 CRB ) |
| 9 | Lott, Jean M. | 07-1864 CRB ) |
| 10 | Lott, Jr., Jasper | 07-1868 CRB ) |
|    | Lozano, Alicia Z. | 07-1869 CRB ) |
| 11 | Luque, Laurel E. | 07-1869 CRB ) |
|    | Lyons-Hawking, Patricia | 06-4119 CRB ) |
| 12 | Maas, Maynard A. | 07-1868 CRB ) |
| 13 | Maestas, Julian E. | 07-1868 CRB ) |
|    | Malone, Raymond J. | 07-1869 CRB ) |
| 14 | Martinez, Pamela A. | 07-1868 CRB ) |
| 15 | McDaniel, Curtis R. | 07-1868 CRB ) |
|    | McGlothin, Vernon | 07-1864 CRB ) |
| 16 | Merrell, MD, William S. | 07-1868 CRB ) |
|    | Meyers, Claudia M. | 07-1868 CRB ) |
| 17 | Millemon, Brady B. | 07-1869 CRB ) |
| 18 | Minske, Ronald B. | 07-1868 CRB ) |
|    | Molina, Edward T. | 07-1868 CRB ) |
| 19 | Molina, Ramon L. | 07-1869 CRB ) |
| 20 | Monteros, Marcelino E. | 07-1868 CRB ) |
|    | Mooney, Mary J. | 07-1868 CRB ) |
| 21 | Moore, Bobbi N. | 07-1868 CRB ) |
|    | Morgan, Belissa Ann | 06-6076 CRB ) |
| 22 | Morrow, Robert W. | 07-1872 CRB ) |
| 23 | Newhouse, Billy R. | 07-1864 CRB ) |
|    | Nieves, Ana M. | 07-1868 CRB ) |
| 24 | Oates, Tom E. | 07-1868 CRB ) |
| 25 | Ojongtambia, Cyril M. | 07-1868 CRB ) |
|    | Oquendo, Sr., Hector L. | 07-1868 CRB ) |
| 26 | Ortiz Lopez, Sylvia | 07-1868 CRB ) |
| 27 | Parker, Vergia M. | 07-1864 CRB ) |
|    | Parnell, Julia Y. | 07-1869 CRB ) |
| 28 | Parnell, Michael J. | 07-1868 CRB ) |

-4-

| # | Name | Case No. |
|---|------|----------|
| 1 | Parris, John H. | 07-1869 CRB |
|   | Patillo, Wilton | 07-1956 CRB |
| 2 | Pavlosky, Olga | 07-1864 CRB |
| 3 | Pedroza, Victor R. | 07-1868 CRB |
|   | Perez Sanchez, Jose A. | 07-1868 CRB |
| 4 | Perkins, Wayne A. | 07-1872 CRB |
| 5 | Phillips, Oscar L. | 07-1868 CRB |
|   | Phinney, John M. | 07-1868 CRB |
| 6 | Pierson, Robert | 06-6530 CRB |
| 7 | Pinkston, Shirley G. | 07-1868 CRB |
|   | Plummer, Pamela | 06-0141 CRB |
| 8 | Pool, Maggie | 07-1868 CRB |
|   | Powers, Dorothy W. | 07-1868 CRB |
| 9 | Proctor, Lester L. | 07-1907 CRB |
| 10 | Prudence, Edward | 07-1956 CRB |
|   | Quinones, William A. | 07-1868 CRB |
| 11 | Ramos Perez, Jose | 07-1868 CRB |
|   | Ramos, Ines S. | 07-1868 CRB |
| 12 | Reed, Violet L. | 07-1868 CRB |
| 13 | Reel, Sarah M. | 07-1864 CRB |
|   | Reliford, Charles M. | 06-0464 CRB |
| 14 | Revelle, Marilyn S. | 07-1869 CRB |
| 15 | Reyes, Anna D. | 07-1868 CRB |
|   | Reynolds, Billie J. | 07-1869 CRB |
| 16 | Rhodes, Richard | 05-4925 CRB |
|   | Ridenour, Jack L. | 07-1868 CRB |
| 17 | Risk, Ronald | 06-5449 CRB |
| 18 | Robertson, Martha M. | 07-1868 CRB |
|   | Robertson, Vivian | 07-1869 CRB |
| 19 | Robinson, Annette | 06-2870 CRB |
| 20 | Robinson, Frankie M. | 07-1864 CRB |
|   | Rodriguez Ramirez, Ferdinand | 07-1868 CRB |
| 21 | Rodriguez, Maria C. | 07-1868 CRB |
| 22 | Rodriguez, Ruben | 07-1868 CRB |
|   | Ruch, Harold W. | 06-6784 CRB |
| 23 | Salamanca, Paquita P. | 07-1868 CRB |
|   | Sanchez, Martha C. | 07-1869 CRB |
| 24 | Santiago Zayas, Virginia | 07-1868 CRB |
| 25 | Santiago, Lino | 07-1868 CRB |
|   | Savage, Cordelia | 07-1864 CRB |
| 26 | Saxe, Lawrence I. | 07-1868 CRB |
|   | Sayles, Tom | 07-1869 CRB |
| 27 | Schau, Kathleen E. | 07-1869 CRB |
| 28 | Schoen, Gwen | 07-1956 CRB |

-5-

[PROPOSED] ORDER GRANTING PFIZER DEFENDANTS' JOINT MOTION SEEKING ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS

| # | Name | Case No. | |
|---|---|---|---|
| 1 | Sheppard, Betty J. | 07-1868 CRB | ) |
|   | Sheppard, Lyals R. | 06-6055 CRB | ) |
| 2 | Short, Pauline R. | 07-1868 CRB | ) |
| 3 | Sims, Ardella | 07-1827 CRB | ) |
|   | Smith, Joel | 07-1956 CRB | ) |
| 4 | Smith, Nathaniel P. | 07-1868 CRB | ) |
| 5 | Smith, Shirley U. | 07-1868 CRB | ) |
|   | Sobotka, John J. | 07-1864 CRB | ) |
| 6 | Soliman, Andre | 07-1869 CRB | ) |
|   | Sorby, Pauline R. | 07-1864 CRB | ) |
| 7 | Spencer, Lois G. | 06-5972 CRB | ) |
| 8 | Spuhler, Betty F. | 07-1868 CRB | ) |
|   | Steele, Geneva Banks | 07-1868 CRB | ) |
| 9 | Steele, Michael R. | 07-1868 CRB | ) |
| 10 | Stevens, Ernest M. | 07-1864 CRB | ) |
|   | Stewart, Lydia M. | 07-1869 CRB | ) |
| 11 | Stewart, Shirley A. | 07-1956 CRB | ) |
|   | Stinson, Thomas C. | 07-1872 CRB | ) |
| 12 | Stokholm, Penny J. | 07-1869 CRB | ) |
| 13 | Suggs, John A. | 07-1864 CRB | ) |
|   | Sutherlin III, George | 06-6548 CRB | ) |
| 14 | Swanson, Ben C. | 07-1868 CRB | ) |
|   | Talmadge, Joyce | 07-1868 CRB | ) |
| 15 | Tawyea, Marlene A. | 07-1864 CRB | ) |
| 16 | Taylor, Sharon A. | 07-1869 CRB | ) |
|   | Templet, Therese A. | 07-1868 CRB | ) |
| 17 | Tenney, Exie Brenda | 07-1956 CRB | ) |
| 18 | Thebo, Cynthia J. | 07-2313 CRB | ) |
|   | Tift, Jennifer C. | 07-1868 CRB | ) |
| 19 | Tillman, James | 07-1868 CRB | ) |
| 20 | Toney, Ellie | 07-1868 CRB | ) |
|   | Torres Melendez, Vicenta | 07-1868 CRB | ) |
| 21 | Torres, Edilma | 07-1868 CRB | ) |
|   | Tubbs, Leon | 07-1868 CRB | ) |
| 22 | Tucker, Ester R. | 07-1868 CRB | ) |
| 23 | Tucker, Richard L. | 07-1868 CRB | ) |
|   | Tyner, Dick R. | 07-1868 CRB | ) |
| 24 | Tyson, Rosie | 07-1869 CRB | ) |
| 25 | Uribe, Francisco | 07-1869 CRB | ) |
|   | Valentine, Ethel M. | 07-1864 CRB | ) |
| 26 | Walker, Patricia A. | 07-1868 CRB | ) |
|   | Wall, Earnest C. | 07-1872 CRB | ) |
| 27 | Walton, Douglas | 07-1956 CRB | ) |
| 28 | Weatherby, Ella M. | 07-1864 CRB | ) |

-6-

[PROPOSED] ORDER GRANTING PFIZER DEFENDANTS' JOINT MOTION SEEKING ORDER
DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS

| # | Name | Case No. | |
|---|------|----------|---|
| 1 | West, Herman | 07-1868 CRB | ) |
|   | Whitby, Ashton C. | 07-1868 CRB | ) |
| 2 | Whittemore, Kennith L. | 07-1868 CRB | ) |
| 3 | Widmar, Charles J. | 07-1864 CRB | ) |
|   | Wiley, Johnny | 07-1868 CRB | ) |
| 4 | Wilkinson, Gail V. | 07-1868 CRB | ) |
| 5 | Williams, Burnic B. | 07-2311 CRB | ) |
|   | Williams, Earlene M. | 07-1869 CRB | ) |
| 6 | Williams, Frannie Mae | 07-1864 CRB | ) |
|   | Williams, Martie | 07-1868 CRB | ) |
| 7 | Wilson, Eloise | 07-1868 CRB | ) |
| 8 | Wilson, Gussie P. | 07-1868 CRB | ) |
|   | Wiltjer, Robert J. | 07-1868 CRB | ) |
| 9 | Winnegan, Georgia T. | 07-1868 CRB | ) |
| 10 | Woods, Joy | 07-1869 CRB | ) |
|   | Woods, Larry L. | 07-1868 CRB | ) |
| 11 | Wortham-Waddy, Gwendolyn D. | 07-1868 CRB | ) |
|   | Wright, Patricia A. | 07-1868 CRB | ) |
| 12 | Wyss, Lorraine | 05-4924 CRB | ) |
| 13 | Yates, Anthony W. | 07-1869 CRB | ) |
|   | Young, Martha A. | 07-1868 CRB | ) |
| 14 | Zollicoffer, James | 07-1868 CRB | ) |

-7-

[PROPOSED] ORDER GRANTING PFIZER DEFENDANTS' JOINT MOTION SEEKING ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS

1  THIS MATTER having come before the Court on the Pfizer Defendants' Expedited
2  Motion Seeking Order Dismissing Plaintiffs' Claims With Prejudice; the parties having received
3  due notice and having had the opportunity to be heard; and this Court having considered all
4  submissions made in support of and in opposition to the motion, finds as follows:

5  Plaintiffs listed in the caption to this Order have failed to comply with Pretrial Order
6  No. 6 ("PTO 6") by failing to provide defendants a completed Plaintiff Fact Sheet ("PFS")
7  without material deficiencies ("the discovery required by PTO 6"). Plaintiffs also have failed to
8  comply with the order issued by the Special Master, Judge Fern M. Smith (Ret.), on March 27,
9  2008, requiring plaintiffs to provide the discovery required by PTO 6 within twenty-one days of
10 entry of that Order or face dismissal with prejudice ("the compliance order"). The plaintiffs'
11 failure is particularly egregious given the numerous efforts the Court and the parties have made
12 to provide notice of plaintiffs' discovery obligations. (*See* Pfizer Defs.' Mem. of P. & A. in
13 Supp. of Mot., at 2-6; Declaration of Stuart M. Gordon in Supp. of Pfizer Defendants' Mot. to
14 Dismiss, ¶¶ 3-20.)

15 Based on these failures, the Court also finds as follows:

16 (1)  The public's interest in expeditious resolution of this litigation is compromised by
17 the plaintiffs' failure to comply with PTO 6 and the Special Master's compliance order. This
18 Court and the public have an overriding interest in securing the just, speedy, and inexpensive
19 determination of every action. Plaintiffs' delay is unreasonable and has impeded the resolution
20 of these matters.

21 (2)  The Court's need to manage its docket is compromised by the plaintiffs' failure to
22 comply with PTO 6 and the Special Master's compliance order. The Court cannot effectively
23 move forward with the cases in which plaintiffs have provided the required discovery when other
24 plaintiffs have failed to do so. Dismissal of these plaintiffs will serve to appropriately penalize
25 these plaintiffs for their non-compliance and also will encourage other plaintiffs to comply with
26 this Court's case management orders.

27 (3)  Defendants are prejudiced by the plaintiffs' failure to comply with PTO 6 and the
28 Special Master's compliance order. Without the discovery required by PTO 6, the Pfizer

-8-

1   Defendants cannot defend themselves because they have no information about the individual
2   plaintiffs or the plaintiffs' injuries outside the allegations of the complaint. The defendants are
3   also prejudiced by the loss of evidence and memory that attend the delay in providing required
4   discovery, factors that are aggravated by the complexity of this litigation.

5       (4)    The public policy favoring disposition on the merits is overridden by plaintiffs'
6   failure to comply with PTO 6 and the Special Master's compliance order. The Court finds that
7   plaintiffs' failure to provide the required discovery obstructs resolution of their claims on the
8   merits. A case that is stalled or unreasonably delayed by a party's failure to comply with
9   deadlines and discovery obligations cannot move forward toward resolution on the merits.
10  Accordingly, this dismissal factor does not weigh in favor of plaintiffs at all.

11      (5)    There are no less drastic sanctions available to force the plaintiffs to comply with
12  this Court's orders. The Court finds that PTO 6 and the Special Master's compliance order both
13  provide specific warnings stating that claims may be dismissed with prejudice for failure to
14  comply with discovery obligations. The Court also finds that Plaintiffs received warning letters
15  from Defendants that prompted no response.

16      Accordingly, after weighing the dismissal factors discussed in *Malone v. U.S. Postal*
17  *Serv.*, 833 F.2d 128, 130 (9th Cir. 1987), and *In re Phenylpropanolamine (PPA) Prods. Liab.*
18  *Litig.*, 460 F.3d 1217 (9th Cir. 2006), and in light of this Court's role in overseeing this
19  multidistrict litigation, the Court hereby finds that dismissal of these plaintiffs' claims with
20  prejudice is warranted.

21
22
23
24
25
26
27
28

1 THEREFORE, IT IS HEREBY ORDERED THAT the Pfizer Defendants' Expedited
2 Motion is GRANTED and the claims of the plaintiffs listed in this caption are DISMISSED
3 WITH PREJUDICE.
4 **IT IS SO ORDERED.**
5 Dated: May **16**, 2008

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PFIZER DEFENDANTS' JOINT MOTION SEEKING ORDER DISMISSING PLAINTIFFS' CLAIMS WITH PREJUDICE OR OTHER APPROPRIATE SANCTIONS